# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
10/22/2013
CT Log Number 523742332

TO: Pepsop Intakeparalegal
PepsiCo, Inc.
700 Anderson Hill Rd.
Purchase, NY 10577

RE: **Process Served in Georgia**

FOR: Pepsico, Inc. (Domestic State: NC)

**RECEIVED**
By PepsiCo, Inc. at 2:01 pm, Oct 24, 2013

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Charles Scott Robider, on behalf of himself and those similarly situated, Pltf. vs. Pepsico, Inc. and Bottling Group, LLC, Dfts. |
| **DOCUMENT(S) SERVED:** | Entry, Summons, Complaint, Consent(s) |
| **COURT/AGENCY:** | Fulton County Superior Court, Fulton, GA<br>Case # 2013CV2379105 |
| **NATURE OF ACTION:** | Employee Litigation - Unpaid wages |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Atlanta, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/22/2013 at 11:30 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | David E. Tuszynski<br>Garland, Samuel & Loeb, P.C.<br>3151 Maple Drive<br>N.E.<br>Atlanta, GA 30305<br>404-262-2225 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/23/2013, Expected Purge Date: 10/28/2013<br>Image SOP<br>Email Notification, Pepsop Intakeparalegal PEPSOPintakeparalegal@pepsico.com<br>Email Notification, Erika Greenberg Erika.greenberg@pepsico.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Tyeasha Harris |
| **ADDRESS:** | 1201 Peachtree Street,N.E.<br>Suite 1240<br>Atlanta, GA 30361 |
| **TELEPHONE:** | 404-965-3840 |

Page 1 of  1 / RV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Civil Action No. 2013CV237910.5

Date Filed 10/18/13

Magistrate Court ☐
Superior Court ☒
State Court ☐
Georgia, ~~Gwinnett County~~ Fulton County

Charles Scott Robider

_____ Plaintiff

Attorney's Address

David E. Tuszynski, Esq.
Garland, Samuel and Loeb, P.C.
3151 Maple Dr, N.E, Atlanta, GA 30305

VS.

Pepsico, Inc. ;
Bottling Group, LLC.

_____ Defendant

Name and Address of party to be served.

Pepsico, Inc.
c/o: CT Corporation System (Reg. Agent)
1201 Peachtree St, N.E.
Atlanta, Fulton County, GA 30361

_____ Garnishee

## Sheriff's Entry Of Service

**Personal** ☐ — I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ — I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☒ — Served the defendant PEPSICO, INC. a corporation by leaving a copy of the within action and summons with CT HOWARD CT Corp in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ — I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ — Diligent search made and defendant not to be found in the jurisdiction of this Court.

This 22 day of Oct, 20 13.

_____
**Deputy**

Fulton ~~Gwinnett~~ County, Georgia

Sheriff Docket _____ Page _____

WHITE: Clerk          CANARY: Plaintiff / Attorney          PINK: Defendant

SC-2 Rev.3.13





## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

### 136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
### SUMMONS

Charles Scott Robider, on behalf of himself
and those similarly situated

**Plaintiff,**

vs.

Pepsico, Inc.

Bottling Group, LLC

**Defendant**

Case No.: 2013 CV 237910.5

TO THE ABOVE NAMED DEFENDANT(S):

Your are hereby summoned and required to file with the Clerk of said Court and serve upon plaintiff's attorney, whose name and address is:

> David E. Tuszynski
> Garland, Samuel & Loeb, P.C.
> 3151 Maple Dr., N.E.
> Atlanta, GA 30305

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This ___18___ day of ___Oct.___, 20 _13_

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court

By _____
Deputy Clerk

To defendant upon whom this petition is served:

This copy of complaint and summons was served upon you ___02 Oct___, 20 _13_

_____
Deputy Sherriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CHARLES SCOTT ROBIDER, on behalf of himself :
and those similarly situated,
               Plaintiff

vs.

PEPSICO, INC.;
BOTTLING GROUP, LLC
               Defendants

2013CV237910.5

Civil Action File Number



## COLLECTIVE ACTION CIVIL COMPLAINT

Charles Scott Robider ("Named Plaintiff"), on behalf of himself and those similarly situated (hereinafter referred to as "Plaintiffs"), hereby complains as follows against Pepsico, Inc. and Bottling Group, LLC ("Defendants").

### INTRODUCTION

1.      Named Plaintiff, Charles Scott Robider, has initiated the instant action to redress violations by Defendant of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq.  Named Plaintiff asserts that Defendants failed to pay Named Plaintiff and Plaintiffs proper minimum wage and overtime compensation in violation of the FLSA.

### JURISDICTION AND VENUE

2.      The foregoing paragraphs are incorporated herein as if set forth in their entirety.

3.      Defendant Pepsico, Inc. is a foreign corporation registered to do business in the State of Georgia with an office and transacting business in Fulton County, Georgia.

4.      Defendant Pepsico, Inc. may be served by service upon its registered agent at its registered office:  CT Corporation System, 1201 Peachtree Street, N.E., Atlanta, Fulton County, Georgia 30361.

1

5.      Defendant Pepsico, Inc. is subject to the jurisdiction of this Court.

6.      Defendant Bottling Group, LLC is a foreign limited liability company registered to do business in the State of Georgia with an office and transacting business in Fulton County, Georgia.

7.      Defendant Bottling Group, LLC may be served by service upon its registered agent at its registered office:  Corporation Process Company, 2180 Satellite Boulevard, Suite 400, Duluth, Gwinnett County, Georgia.

8.      Defendant Bottling Group, LLC is subject to the jurisdiction of this Court.

9.      Venue is proper in this Court.

PARTIES

10.     The foregoing paragraphs are incorporated herein as if set forth in full.

11.     Named Plaintiff Charles Scott Robider is a resident of the State of Georgia.

12.     Defendant Bottling Group, LLC is a wholly owned subsidiary of Defendant Pepsico, Inc.

13.     Upon information and belief, because of their interrelation of operations, common management, centralized control of labor relations, common ownership, common financial controls, and other factors, Defendants Pepsico, Inc. and Bottling Group, LLC are sufficiently interrelated and integrated in their activities, labor relations, ownership, and management that they may be treated as a single employer for purposes of the instant action.

14.     At all times relevant herein, Defendants acted by and through their agents, servants, and employees, each of whom acted at all times relevant herein within the course and scope of their employment or agency with, and for, Defendants.

<u>FLSA COLLECTIVE ACTION ALLEGATIONS</u>

15.     Named Plaintiff brings this action for violations of the FLSA as a collective action pursuant to Section 16(b) of the FLSA, 29 U.S.C. § 216(b), on behalf of all persons presently and formerly employed by Defendants in non-exempt positions subject to Defendants' unlawful pay practices and policies described herein and who worked for Defendants at any point in the three years preceding the date the instant action was filed (the members of this putative class are referred to as "Plaintiffs").

16.     Named Plaintiff and Plaintiffs worked, or work, at different facilities of Defendants but are subjected to the same unlawful wage policies and practices described herein.

17.     Named Plaintiff and Plaintiffs are similarly situated, have (or had) substantially similar non-managerial job duties, have (or had) substantially similar pay provisions, and are (or were) all subject to Defendants' unlawful policies and practices as described herein.

18.     There are numerous similarly situated current and former employees of Defendants who were compensated improperly for work and overtime work in violation of the FLSA and who would benefit from the issuance of a Court Supervised Notice of the instant lawsuit and the opportunity to join in the present lawsuit.

19.     Similarly situated employees are known to Defendants, are readily identifiable by Defendants, and can be located through Defendants' records.

20.     Therefore, Named Plaintiff should be permitted to bring this action as a collective action for and on behalf of himself and those employees similarly situated, pursuant to the "opt-in" provisions of the FLSA, 29 U.S.C. § 216(b).

3

FACTUAL BACKGROUND

21.     The foregoing paragraphs are incorporated herein as if set forth in full.

22.     Named Plaintiff worked for Defendants at their location in Savannah, Georgia beginning on or about October 20, 2010.

23.     Named Plaintiff and Plaintiffs are current and/or former employees of Defendants, who within the last three years have been or are presently employed by Defendants.

24.     Upon information and belief, Defendants have maintained an unlawful wage payment system for at least the last three years, and has enforced such unlawful policies throughout the United States.

NONPAYMENT FOR WORK PERFORMED

25.     The foregoing paragraphs are incorporated herein as if set forth in their entirety.

26.     Defendants hired Named Plaintiff and Plaintiffs for non-exempt positions with Defendants and required Named Plaintiff and Plaintiffs to perform work for which Plaintiff and Named Plaintiff were not paid to include, but not limited to, the following:  completing Defendant's forms and other documents, reviewing Defendants' material, and attending "orientation" (usually at a great distance from Named Plaintiff's and Plaintiffs' regular workplaces).

27.     The Defendants' failure to pay the Named Plaintiff and Plaintiffs for these tasks violated the overtime requirements of the FLSA for each workweek in which the time spent performing this work - when considered with the time spent by Named Plaintiff and Plaintiffs performing other work for Defendants - exceeded a total of 40 hours per work week.

28.     Defendants' failure to pay the Named Plaintiff and Plaintiffs for these tasks violated the minimum wage requirements of the FLSA for each week the Named Plaintiff and Plaintiffs failed to receive a the minimum wage required by the FLSA.

4

<u>UNPAID "BREAKS"</u>

29. The foregoing paragraphs are incorporated herein as if set forth in their entirety.

30. Defendants automatically deducted 30 minutes of paid time as an "unpaid lunch break" from Named Plaintiff's and Plaintiffs' paychecks for each shift Named Plaintiff and Plaintiffs worked.

31. Additionally, Defendants did not pay for breaks and rest periods required by law or regulation.

32. The Named Plaintiff and Plaintiffs were not paid for the time when Named Plaintiff or Plaintiffs performed work for the Defendants during the 30 minute period, and/or were not paid for breaks and rest periods required by law or regulation.

33. This unpaid time resulted in Named Plaintiff and Plaintiffs being denied proper overtime compensation by Defendants.

<u>COUNT I</u>
Fair Labor Standards Act ("FLSA")

34. The foregoing paragraphs are incorporated herein as if set forth in their entirety.

35. At all times relevant herein, Defendants have and continue to be "employers" within the meaning of the FLSA.

36. At all times relevant herein, Defendants were and are responsible for paying wages to Named Plaintiff and Plaintiffs.

37. At all times relevant herein, Named Plaintiff and Plaintiffs were and are employed with Defendants as "employees" within the meaning of the FLSA.

38. Under the FLSA, an employer must pay an employee a minimum wage as provided by the FLSA.

39. Under the FLSA, an employer must pay an employee at least one and one half

times his or her regular rate of pay for each hour worked in excess of forty hours per workweek.

40.     Defendants' violations of the FLSA include, but are not limited to:  (1) unlawfully failing to pay Named Plaintiff and Plaintiffs pay a minimum wage and/or overtime compensation for hours worked during a workweek as required by the FLSA; and, (2) unlawfully failing to pay Named Plaintiffs or Plaintiffs overtime compensation when Defendants automatically deducted 30 minutes of paid time as an "unpaid lunch period" at those times Named Plaintiffs or Plaintiffs worked during said 30 minute period, and/or unlawfully failing to pay for breaks and rest periods required by law or regulation.

41.     Defendants' conduct in failing to pay Named Plaintiff and Plaintiffs properly was and is willful, was and is not reasonable, was and is not in good faith.

42.     As a result of Defendants' unlawful conduct, Named Plaintiff and Plaintiffs are entitled to recovery from the Defendants of unpaid wages and an equal amount as liquidated damages.

43.     Named Plaintiff and Plaintiffs are entitled to recovery of reasonable attorneys' fees, costs and expenses from the Defendants

WHEREFORE, Named Plaintiff and Plaintiffs pray for the following relief:

(a)     Process issue and service of process be made;

(b)     Defendants are to be prohibited from continuing to maintain their illegal policy, practice, or customs in violation of federal wage and hour laws;

(c)     Defendants are to compensate, reimburse, and make Named Plaintiff and Plaintiffs whole for any and all pay and benefits they would have received had it not been for Defendants' illegal actions, including but not limited to past lost earnings;

(d)     Named Plaintiff and Plaintiffs are to be awarded, pursuant to the FLSA, liquidated

6

damages in an amount equal to the actual damages in this case;

(e)     Named Plaintiff and Plaintiffs are to be awarded the costs and expenses of this

action and attorneys fees as provided by applicable law;

(f)     Named Plaintiff and Plaintiffs are to be awarded all other relief this Court deems

just and proper.

GARLAND, SAMUEL & LOEB, P.C.

BY: _____
DAVID E. TUSZYNSKI
Georgia Bar No. 720287
ATTORNEY FOR PLAINTIFF

3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Ph (404) 262-2225
Fax:  (404) 365-5041

7

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CHARLES SCOTT ROBIDER, on behalf of himself :
and those similarly situated, :
         Plaintiff :
                                    :     Civil Action File Number
vs. :
                                      :
PEPSICO, INC.; :
BOTTLING GROUP, LLC :
         Defendants :

## CONSENT TO JOIN IN LAWSUIT

I, _CHARLES SCOTT ROBIDER_ [print name], am a current or former employee of
Pepsico, Inc and its subsidiary Bottling Group, LLC, and I believe I am entitled to additional
wages for unpaid or underpaid hours I worked during the past three years. I consent to join as a
party plaintiff in the above captioned lawsuit asserting claims under the Fair Labor Standards
Act, 29 U.S.C. §201 et seq, against Pepsico, Inc. and Bottling Group, LLC. I choose to be
represented in this matter by the named plaintiff and counsel, Garland Samuel & Loeb, P.C. I
understand that the named plaintiff and counsel are seeking recovery of attorneys fees from
Pepsico, Inc. and Bottling Group, LLC in this matter.

_(signature)_                        _10/16/13_
Signature                            Date

_CHARLES SCOTT ROBIDER_
Name (Please Print)

_133 N. Rohens St._            _SAME_
Street Address                       Mailing Address (if different from Street Address)

_Pooler GA 31322_         _SAME_
City, State, Zip Code                City, State, Zip Code

_912 - 220 - 1530_
Phone Number                       Email Address

**RETURN BY: FAX** to:     404-365-5041 or

              **EMAIL** to: det@gsllaw.com

              **MAIL** to:     Pepsico / Bottling Group Collective Action
                               c/o Garland, Samuel & Loeb, P.C.
                               Attn: David E. Tuszynski, Esq.
                               3151 Maple Dr., N.E.
                               Atlanta, GA 30305

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CHARLES SCOTT ROBIDER, on behalf of himself :
and those similarly situated, :
                    Plaintiff :
                                          :          Civil Action File Number
                                          :
vs.                                       :
                                          :
                                          :
PEPSICO, INC.;                            :
BOTTLING GROUP, LLC                       :
                    Defendants            :

## CONSENT TO JOIN IN LAWSUIT

I, *Frankie Addison*          [*print name*], am a current or former employee of
Pepsico, Inc and its subsidiary Bottling Group, LLC, and I believe I am entitled to additional
wages for unpaid or underpaid hours I worked during the past three years.  I consent to join as a
party plaintiff in the above captioned lawsuit asserting claims under the Fair Labor Standards
Act, 29 U.S.C. §201 et seq, against Pepsico, Inc. and Bottling Group, LLC.  I choose to be
represented in this matter by the named plaintiff and counsel, Garland Samuel & Loeb, P.C.  I
understand that the named plaintiff and counsel are seeking recovery of attorneys fees from
Pepsico, Inc. and Bottling Group, LLC in this matter.


_____          10 / 16 / 13
Signature                         Date

*Frankie Addison*
Name (Please Print)

3 deenwall Road                   _____
Street Address                    Mailing Address (if different from Street Address)

Pooler GA 31322                   _____
City, State, Zip Code             City, State, Zip Code

912 - 658 - 5606                  _____
Phone Number                      Email Address

_____

**RETURN BY:  FAX** to:     404-365-5041  or

              **EMAIL** to: det@gsllaw.com

              **MAIL** to:  Pepsico / Bottling Group Collective Action
                            c/o Garland, Samuel & Loeb, P.C.
                            Attn:  David E. Tuszynski, Esq.
                            3151 Maple Dr., N.E.
                            Atlanta, GA 30305



IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CHARLES SCOTT ROBIDER, on behalf of himself :
and those similarly situated,                                    :
              Plaintiff                                      :
                                  :              Civil Action File Number
vs.                                                             :
                                  :
PEPSICO, INC.;                                                  :
BOTTLING GROUP, LLC                                             :
              Defendants                                     :

## CONSENT TO JOIN IN LAWSUIT

I, _Ricky Jackson_ [print name], am a current or former employee of
Pepsico, Inc and its subsidiary Bottling Group, LLC, and I believe I am entitled to additional
wages for unpaid or underpaid hours I worked during the past three years.  I consent to join as a
party plaintiff in the above captioned lawsuit asserting claims under the Fair Labor Standards
Act, 29 U.S.C. §201 et seq, against Pepsico, Inc. and Bottling Group, LLC.  I choose to be
represented in this matter by the named plaintiff and counsel, Garland Samuel & Loeb, P.C.  I
understand that the named plaintiff and counsel are seeking recovery of attorneys fees from
Pepsico, Inc and Bottling Group, LLC in this matter.


_Ricky Jackson_                          _10/16/13_
Signature                                       Date

_Ricky Jackson_
Name (Please Print)

_50 Doveitta Drive_                      _____
Street Address                                  Mailing Address (if different from Street Address)

_Savannah, GA 31419_                     _____
City, State, Zip Code                           City, State, Zip Code

_912 - 432 - 0552_                       _____
Phone Number                                    Email Address

_____

RETURN BY:  FAX to:   404-365-5041  or

              EMAIL to: det@gsllaw.com

              MAIL to:    Pepsico / Bottling Group Collective Action
                            c/o Garland, Samuel & Loeb, P.C.
                            Attn:  David E. Tuszynski, Esq.
                            3151 Maple Dr., N.E.
                            Atlanta, GA 30305

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CHARLES SCOTT ROBIDER, on behalf of himself :
and those similarly situated,
          Plaintiff           :

                                :       Civil Action File Number

vs.                              :

                                :

PEPSICO, INC.;                  :

BOTTLING GROUP, LLC        :

          Defendants         :

**CONSENT TO JOIN IN LAWSUIT**

I, _____Jerry Lynch_____ [print name], am a current or former employee of
Pepsico, Inc and its subsidiary Bottling Group, LLC, and I believe I am entitled to additional
wages for unpaid or underpaid hours I worked during the past three years.  I consent to join as a
party plaintiff in the above captioned lawsuit asserting claims under the Fair Labor Standards
Act, 29 U.S.C. §201 et seq, against Pepsico, Inc. and Bottling Group, LLC.  I choose to be
represented in this matter by the named plaintiff and counsel, Garland Samuel & Loeb, P.C.  I
understand that the named plaintiff and counsel are seeking recovery of attorneys fees from
Pepsico, Inc and Bottling Group, LLC in this matter.

_____Jerry Lynch_____        10/17/13
Signature                            Date

_____Jerry Lynch_____
Name (Please Print)

3le Countrywalk Dr.            P.O. box 13277
Street Address                   Mailing Address (if different from Street Address)

Sav. Ga. 3149             Sav, Ga. 3416
City, State, Zip Code           City, State, Zip Code

912.429.7269             jerrylynch2007@yahoo.com
Phone Number 912.401.3231    Email Address

**RETURN BY:** **FAX** to:      404-365-5041  or

              **EMAIL** to: det@gsllaw.com

              **MAIL** to:     Pepsico / Bottling Group Collective Action
                             c/o Garland, Samuel & Loeb, P.C.
                             Attn: David E. Tuszynski, Esq.
                             3151 Maple Dr., N.E.
                             Atlanta, GA 30305

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CHARLES SCOTT ROBIDER, on behalf of himself :
and those similarly situated,                                :
        Plaintiff                                         :
                                 :                    Civil Action File Number

vs.                                                          :
                                 :
PEPSICO, INC.;                                               :
BOTTLING GROUP, LLC                                          :
        Defendants                                      :

## CONSENT TO JOIN IN LAWSUIT

I, CARLOS MICHAEL JR [print name], am a current or former employee of Pepsico, Inc and its subsidiary Bottling Group, LLC, and I believe I am entitled to additional wages for unpaid or underpaid hours I worked during the past three years. I consent to join as a party plaintiff in the above captioned lawsuit asserting claims under the Fair Labor Standards Act, 29 U.S.C. §201 et seq, against Pepsico, Inc. and Bottling Group, LLC. I choose to be represented in this matter by the named plaintiff and counsel, Garland Samuel & Loeb, P.C. I understand that the named plaintiff and counsel are seeking recovery of attorneys fees from Pepsico, Inc-and Bottling Group, LLC in this matter.

_____          17 OCT 2013
Signature                                 Date

CARLOS MICHAEL JR
Name (Please Print)

145 W. Tisbury Lane
Street Address                            Mailing Address (if different from Street Address)

Pooler, GA 31322
City, State, Zip Code                     City, State, Zip Code

912. 484. 3418                            carlos michael40@yahoo.com
Phone Number                              Email Address

_____

**RETURN BY:** **FAX** to:     404-365-5041 or

               **EMAIL** to: det@gsllaw.com

               **MAIL** to:   Pepsico / Bottling Group Collective Action
                           c/o Garland, Samuel & Loeb, P.C.
                           Attn:  David E. Tuszynski, Esq.
                           3151 Maple Dr., N.E.
                           Atlanta, GA 30305

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CHARLES SCOTT ROBIDER, on behalf of himself :
and those similarly situated,                    :
                        Plaintiff                :
                                                 :          Civil Action File Number
vs.                                              :
                                                 :
                                                 :
PEPSICO, INC.;                                   :
BOTTLING GROUP, LLC                              :
                        Defendants               :

## CONSENT TO JOIN IN LAWSUIT

I, _Gavin Miller_____ [*print name*], am a current or former employee of
Pepsico, Inc and its subsidiary Bottling Group, LLC, and I believe I am entitled to additional
wages for unpaid or underpaid hours I worked during the past three years. I consent to join as a
party plaintiff in the above captioned lawsuit asserting claims under the Fair Labor Standards
Act, 29 U.S.C. §201 et seq, against Pepsico, Inc. and Bottling Group, LLC. I choose to be
represented in this matter by the named plaintiff and counsel, Garland Samuel & Loeb, P.C. I
understand that the named plaintiff and counsel are seeking recovery of attorneys fees from
Pepsico, Inc and Bottling Group, LLC in this matter.


_Gavin Miller_____          _10/17/13_____
Signature                                       Date

_Gavin Miller_____
Name (Please Print)

_1341 Toni Branch Rd_____          _____
Street Address                                  Mailing Address (if different from Street Address)

_Ellabell  GA  31308_____          _____
City, State, Zip Code                           City, State, Zip Code

_(864) 320-5995_____          _STSblue02@comcast.net___
Phone Number                                    Email Address


**RETURN BY:  FAX** to:     **404-365-5041**  or

                **EMAIL** to: **det@gsllaw.com**

                **MAIL** to:   **Pepsico / Bottling Group Collective Action**
                            **c/o Garland, Samuel & Loeb, P.C.**
                            **Attn:  David E. Tuszynski, Esq.**
                            **3151 Maple Dr., N.E.**
                            **Atlanta, GA 30305**

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

CHARLES SCOTT ROBIDER, on behalf of himself :
and those similarly situated,                    :
                        Plaintiff                :
                                                 :        Civil Action File Number
vs.                                              :
                                                 :
                                                 :
PEPSICO, INC.;                                   :
BOTTLING GROUP, LLC                              :
                        Defendants               :

## CONSENT TO JOIN IN LAWSUIT

I, _Nigel Washington_ [*print name*], am a current or former employee of Pepsico, Inc and its subsidiary Bottling Group, LLC, and I believe I am entitled to additional wages for unpaid or underpaid hours I worked during the past three years. I consent to join as a party plaintiff in the above captioned lawsuit asserting claims under the Fair Labor Standards Act, 29 U.S.C. §201 et seq, against Pepsico, Inc. and Bottling Group, LLC. I choose to be represented in this matter by the named plaintiff and counsel, Garland Samuel & Loeb, P.C. I understand that the named plaintiff and counsel are seeking recovery of attorneys fees from Pepsico, Inc-and Bottling Group, LLC in this matter.

_Nigel Washington_                              _10-16-13_
Signature                                       Date

_Nigel Washington_
Name (Please Print)

_50 Daweitta Drive_                             _____
Street Address                                  Mailing Address (if different from Street Address)

_Savannah, GA 31419_                            _____
City, State, Zip Code                           City, State, Zip Code

_912-508-8943_                                  _____
Phone Number                                    Email Address

---

**RETURN BY:**   **FAX** to:   404-365-5041  or

          **EMAIL** to: det@gsllaw.com

          **MAIL** to:   **Pepsico / Bottling Group Collective Action**
                      **c/o Garland, Samuel & Loeb, P.C.**
                      **Attn: David E. Tuszynski, Esq.**
                      **3151 Maple Dr., N.E.**
                      **Atlanta, GA 30305**